MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
          hendricksk@gtlaw.com
*Attorneys for Defendant*
*Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES LESCINSKY, individually and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision,<br><br>Defendant. | CASE NO.: 20-cv-00290-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[First Request] |

Plaintiff James Lescinsky ("Plaintiff") and Defendant Clark County School District ("CCSD"), by and through their respective counsel, hereby stipulate to an extension of CCSD's deadline to respond to the Complaint, filed on February 11, 2020 (ECF 1) up to and including May 13, 2020.

WHEREAS, Plaintiff filed the Complaint on February 11, 2020;

WHEREAS, counsel for Plaintiff and counsel for CCSD have been in communication regarding the time for CCSD to respond to the Complaint and CCSD has requested additional time to review and evaluate the claims and has been delayed in doing so due to the COVID-19 crisis;

WHEREAS, CCSD's response deadline to the Complaint will not impact any other deadlines before the Court;

WHEREAS, no party will be prejudiced by an extension of CCSD's time to respond to the Complaint;

1

WHEREFORE, IT IS HEREBY STIPULATED between Plaintiff and counsel for CCSD that:

CCSD's deadline to file an answer or otherwise respond to the Complaint is extended up to and including May 13, 2020.

This stipulation is made in good faith to allow CCSD time to evaluate the claims asserted and is not for the purpose of causing any undue delay.

**IT IS SO STIPULATED.**

DATED this 13th day of April, 2020.

**GREENBERG TRAURIG, LLP**

_/s/ Kara B. Hendricks_
MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorneys for Defendant Clark County School District*

DATED this 13th day of April, 2020.

**LAW OFFICES OF DANIEL MARKS**

_/s/ Adam Levine_
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**ORDER**

In consideration of the stipulation by the parties, and with cause appearing,

IT IS HEREBY ORDERED that CCSD's deadline to respond to the Complaint, filed in the above referenced matter is extended up to and including May 13, 2020.

DATED this 13th day of April, 2020.

_____
United States Magistrate Judge

2

LV 421285869v1