1 | MARK E. FERRARIO
Nevada Bar No. 1625
2 | KARA B. HENDRICKS
Nevada Bar No. 7743
3 | **GREENBERG TAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
4 | Las Vegas, NV 89135
Telephone: (702) 792-3773
5 | Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
6 |         hendricksk@gtlaw.com
*Attorneys for Defendant*
7 | *Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LESCINSKY, individually and on behalf of all similarly situated employees, | CASE NO.: 2:20-cv-00290-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision, | **[Second Request]** |
| Defendant. | |

Plaintiff JAMES LESCINSKY ("Plaintiff") and Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through their respective counsel, hereby stipulate to an extension of CCSD's deadline to respond to the Complaint, up to and including July 13, 2020.

WHEREAS, Plaintiff filed the Complaint in this matter on February 11, 2020;

WHEREAS, counsel for the parties previously stipulated to extend CCSD's response time to May 13, 2020;

WHEREAS, the Court granted the parties' request for an extension in an Order entered on April 13, 2020 (Doc. No. 8);

WHEREAS, counsel for Plaintiff and counsel for CCSD continue to communicate regarding the claims asserted and a potential resolution, and CCSD has requested additional time to review and evaluate the claims and has been delayed in doing so due to the COVID-19 crisis;

1

*LV 421285869v1*

WHEREAS, CCSD's response deadline to the Complaint will not impact any other deadlines before the Court;

WHEREAS, no party will be prejudiced by an extension of CCSD's time to respond to the Complaint;

WHEREFORE, IT IS HEREBY STIPULATED, between counsel for Plaintiff and counsel for CCSD, that:

CCSD's deadline to file an answer or otherwise respond to the Complaint is extended up to and including July 13, 2020.

This stipulation is made in good faith to allow CCSD time to evaluate the claims asserted, and to allow for discussions regarding a potential resolution, and is not for the purpose of causing any undue delay.

**IT IS SO STIPULATED.**

DATED this 11th day of May, 2020.                    DATED this 11th day of May, 2020.

**GREENBERG TRAURIG, LLP**                          **LAW OFFICES OF DANIEL MARKS**


  */s/ Kara B. Hendricks*                              */s/ Adam Levine*
MARK E. FERRARIO, ESQ.                              DANIEL MARKS, ESQ.
Nevada Bar No. 1625                                 Nevada Bar No. 2003
KARA B. HENDRICKS, ESQ.                             ADAM LEVINE, ESQ.
Nevada Bar No. 7743                                 Nevada Bar No. 4673
10845 Griffith Peak Drive, Suite 600                610 South Ninth Street
Las Vegas, Nevada 89135                             Las Vegas, Nevada 89101
*Attorneys for Defendant Clark County*              *Attorneys for Plaintiff*
*School District*

### ORDER

In consideration of the stipulation by the parties, and with cause appearing,

IT IS HEREBY ORDERED that CCSD's deadline to respond to the Complaint filed in the above-referenced matter is extended up to and including July 13, 2020. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

DATED this 12th day of May, 2020.

_____
United States Magistrate Judge

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 421285869v1