LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

JAMES LESCINSKY, individually and on behalf of all similarly situated employees,

    Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT,
A political subdivision,

    Defendant.

Case No.: 2:20-cv-00290-RFB-NJK

**STIPULATION AND ORDER TO EXTEND**
(First Request)

Plaintiff JAMES LESCINSKY ("Plaintiff") and Defendant CLARK COUNTY SCHOOL DISTRICT (CCSD"), by and through their respective counsel hereby submit their first request of an extension of time to allow Plaintiff to Reply to CCSD's Response in Opposition to Motions for Conditional Approval of a Collective Action Under the Fair Labor Standards Act of 1938, 20 U.S.C. 201 et seq. and Motion for an Order Requiring Defendant to Provide Contact Information for the Potential Members of the Collective Action and to Assist in Providing the Requisite Notice for Such

Action; and that Plaintiff's Counsel be Named as Interim Class Counsel and Countermotion To Dismiss (the "Motions") [Doc Nos. 16, 17]

WHEREAS, Plaintiff filed the Motions on October 14, 2020;

WHEREAS, CCSD responded in Opposition to Plaintiff's Motions on October 28, 2020 Doc No. 18;

WHEREAS, Plaintiff's counsel has multiple briefs in various courts which are due currently on extensions;

WHEREAS, Plaintiff's reply to CCSD's responses in opposition to Plaintiff's Motions are due on November 4, 2020, no party will be prejudiced by a two-week extension of Plaintiff's time to reply to CCSD's responses in opposition to said Motions;

WHEREFORE, IT IS HEREBY STIPULATED between Plaintiff and counsel for Defendant CCSD that Plaintiff's deadline to file and serve its Reply is extended up to and including November 18, 2020.

This stipulation is requested in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 2nd day of October 2020.

**LAW OFFICE OF DANIEL MARKS**

_____
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff(s) James Lescinsky, individually and on behalf of all similarly situated employees*

DATED this 2nd day of October 2020.

**GREENBERG TRAURIG, LLP**

*/s/Kara B. Hendricks, Esq.*
_____
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Defendant Clark County School District*

**IT IS SO ORDERED.**

Dated: November 3, 2020

_____
United States Magistrate Judge

## Joi Harper

**From:** hendricksk@gtlaw.com
**Sent:** Monday, November 02, 2020 3:15 PM
**To:** Joi Harper
**Cc:** Adam Levine
**Subject:** RE: Lescinsky v. Clark County School District

Joi,

I think it would be helpful if you reference the doc number associated with the Response we filed

WHEREAS, CCSD responded in Opposition to Plaintiff's Motions on October 28, 2020 (Doc. 18);

With that addition, you can file with my e-signature.

Kara

**Kara Hendricks**
Shareholder

T 702.938.6856

**From:** Joi Harper <JHarper@danielmarks.net>
**Sent:** Monday, November 2, 2020 2:49 PM
**To:** Hendricks, Kara (Shld-LV-LT) <hendricksk@gtlaw.com>
**Cc:** Adam Levine <ALevine@danielmarks.net>
**Subject:** Lescinsky v. Clark County School District

*EXTERNAL TO GT*

NV U.S.D.C. Case No.: 2:20-cv-00290-RFB-NJK

Good afternoon Kara,

    Attached is the Stipulation and Order Extending Plaintiff's Reply to CCSD's Response in Opposition to Motions for Conditional Approval of a Collective Action Under the Fair Labor Standards Act of 1938, 20 U.S.C. 201 et seq. and for Motion for an Order Requiring Defendant to Provide Contact Information for the Potential Members of the Collective Action and to Assist in Providing the Requisite Notice for Such Action; and that Plaintiff's Counsel be Named as Interim Class Counsel and Countermotion to Dismiss, for your review. If you have any questions or changes please do not hesitate to contact me. If you approve please either reply and I will affix your electronic signature, or sign the signature page and email it to me at your earliest convenience.

Thank you,

*Joi E. Harper, Paralegal*
**Law Office of Daniel Marks**
610 South Ninth Street
Las Vegas, Nevada 89101
O: (702) 386-0536; F: (702) 386-6812

1

JHarper@danielmarks.net

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.