LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LESCINSKY, individually and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, A political subdivision,<br><br>Defendant. | Case No.: 2:20-cv-00290-RFB-NJK |

### STIPULATION AND ORDER TO EXTEND
(First Request)

Plaintiff JAMES LESCINSKY ("Plaintiff") and Defendant CLARK COUNTY SCHOOL DISTRICT (CCSD"), by and through their respective counsel hereby submit their first request for an extension of time to allow Plaintiff to Reply to CCSD's Response in Opposition to Plaintiff's Second Renewed Motion for Preliminary Certification of Collective Action Under the Fair Labor Standards Act of 1938, 20 U.S.C. 201 et seq.; and Second Renewed Motion for an Order Requiring Defendant to Provide Contact Information for the Potential Members of the Collective Action and to Assist in Providing the Requisite Notice of Such Action and Reply to Motion for Plaintiff's Counsel be Named

as Interim Class Counsel (the "Motions") [Doc Nos. 37, 38 and 39].

WHEREAS, Plaintiff filed the Motions on March 30, 2021 [Doc Nos. 37, 38 and 39];

WHEREAS, CCSD responded in Opposition to Plaintiff's Motions on April 13. 2021 [Doc Nos. 37 and 38];

WHEREAS, Plaintiff's counsel has multiple briefs in various courts which are due currently on extensions;

WHEREAS, Plaintiff's reply to CCSD's responses in opposition to Plaintiff's Motions are due on April 20, 2021, no party will be prejudiced by a two-week extension of Plaintiff's time to reply to CCSD's responses in opposition to said Motions;

WHEREFORE, IT IS HEREBY STIPULATED between Plaintiff and counsel for Defendant CCSD that Plaintiff's deadline to file and serve its Reply is extended up to and including May 5, 2021.

This stipulation is requested in good faith and not for purposes of delay.

**IT IS SO STIPULATED**.

DATED this 20th day of April 2021.        DATED this 20th day of April 2021.

| **LAW OFFICE OF DANIEL MARKS** | **GREENBERG TRAURIG, LLP** |
|---|---|
| /s/Adam Levine, Esq. | /s/Kara B. Hendricks, Esq. |
| ADAM LEVINE, ESQ. | KARA B. HENDRICKS, ESQ. |
| Nevada State Bar No. 004673 | Nevada Bar No. 7743 |
| alevine@danielmarks.net | 10845 Griffith Peak Drive, Suite 600 |
| 610 South Ninth Street | Las Vegas, Nevada 89135 |
| Las Vegas, Nevada 89101 | *Attorneys for Defendant Clark County School District* |
| *Attorneys for Plaintiff(s) James Lescinsky, individually and on behalf of all similarly situated employees* | |

**IT IS SO ORDERED**.

Dated:  April 21, 2021

_____
United States Magistrate Judge