# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES LESCINSKY,

    Plaintiff(s),

v.

CLARK COUNTY SCHOOL DISTRICT,

    Defendant(s).

Case No.: 2:20-cv-00290-RFB-NJK

**Order**

[Docket No. 55]

Plaintiffs' counsel filed a certificate of service for the notice sent to potential opt-in plaintiffs. Docket No. 55. It is not clear why this document should be filed in the case at this juncture, as opposed to such information being exchanged between the parties only. Accordingly, no later than July 16, 2021, Plaintiffs' counsel must explain why this certificate of service should not be stricken from the docket.[1]

IT IS SO ORDERED.

Dated: July 9, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This document was filed under seal, presumably because it includes ten pages of addresses and other contact information for potential opt-in plaintiffs. To the extent this document is stricken, it will remain under seal.

1