# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LESCINSKY,<br>　　　Plaintiff(s),<br>v.<br>CLARK COUNTY SCHOOL DISTRICT,<br>　　　Defendant(s). | Case No. 2:20-cv-00290-RFB-NJK<br>**Order**<br>[Docket No. 55] |

Plaintiffs' counsel filed a certificate of service for the notice sent to potential opt-in plaintiffs. Docket No. 55. On July 9, 2021, the Court ordered Plaintiffs' counsel to explain (by July 16, 2021) why that filing should not be stricken. Docket No. 62. To date, no response has been filed. The Court hereby **STRIKES** the proof of service at Docket No. 55 and **INSTRUCTS** the Clerk's Office to keep that document sealed.

IT IS SO ORDERED.

Dated: July 26, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge