LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@daneilmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LESCINSKY, individually and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, A political subdivision,<br><br>Defendant. | Case No.:   2:20-cv-00290-RFB-NJK |

**MOTION TO APPROVE SETTLEMENT**

COMES NOW Plaintiff JAMES LESCINSKY individually and on behalf of those similarly situated employees by and through undersigned counsel, Daniel Marks, Esq. and Adam Levine, Esq. of the Law Office of Daniel Marks, and hereby moves this Court to Approve a Settlement with the Clark County School District for those officers who worked Adult Education during the qualified period.

///

1

## MEMORANDUM OF POINTS AND AUTHORITIES

This was a collective action brought by Clark County School District (hereafter "CCSD") Police Officer James Lescinsky for liquidated damages based upon the failure of CCSD to pay overtime, primarily to those officers who worked Adult Education, in their next regular paychecks. A collective action was approved by the Court in its Order filed May 13, 2021 (Doc. 45). Thereafter, a number of additional Plaintiffs opted-in within the 90-day deadline set by the Court. Subsequently, a number of Plaintiffs who opted-in did not wish to participate in discovery and were dismissed by stipulation. This left the remaining opt-in Plaintiffs:

>    Clifton Alapa
>    Kevin Beck
>    Paul E. Carapucci, Jr.
>    Aaron Case
>    Richard Conklin
>    Anthony Cooke
>    Alfredo Cruz
>    John Evans
>    Nicholas D. Fetcho
>    Christopher Fronczek
>    Daniel Hinojosa
>    Christopher Hoesin
>    Ching Johnson
>    Christopher D. Law
>    Jason Martin
>    Connor Riley
>    Wolfgang Selinger
>    Steven Ufford
>    Michael Vaz

On December 20, 2021 Lescinsky and the Opt-In Plaintiffs reached a tentative settlement with CCSD for a total sum of $25,000, inclusive of attorney's fees and costs with the amount to be split amongst the Plaintiffs. The parties submitted a Stipulation to Stay this matter pending Court approval of the settlement.

///

2

The Law Office of Daniel Marks took Lescinsky's case on a 40% contingency fee. The approved "Notice Of Your Right To Join Lawsuit" filed by the court on June 1, 2021 informed prospective Plaintiffs that "Plaintiffs' Counsel may be compensated by as much as 40% from the total gross judgment, verdict, settlement, or award." (Doc. 48). The Law Office of Daniel Marks actually has $38,756.25 in time invested in the case, and has advanced costs of $822.60. (Exhibit "1"). However, the Law Office of Daniel Marks is willing to reduce the total fees and costs to $10,000 (which is 40% of the gross total) so that the remaining qualified Opt-In Plaintiffs would split the remaining $15,000.[1]

The evidence established that the overwhelming incidents of the failure to pay overtime on time arose out of Adult Education. Officers who worked Adult Education at specified sites would turn in a yellow time slip to the site Administrator. However, there was no requirement that the site Administrator would have to turn in these yellow time slips to Central Payroll in any timely manner such that the Police Officers never received their overtime on their next regular paycheck. In contrast, those Officers who worked in overtime events such as a football or basketball game indicated that they usually got paid on time (although there were exceptions).

Of the Opt-In Plaintiffs, Richard Conklin, Sonia Farrell, Christopher Hosein, and Wolfgang Selinger did not work regularly scheduled Adult Education. It could not be established that Kevin Beck ever worked Adult Education, or was ever paid late, as he did not respond to the Requests for Admissions served upon him and therefore under the operation of F.R.C.P. 36 admitted that he was not paid late.

The Complaint was filed on February 11, 2020. Therefore, under the two (2) year statute of limitations, liquidated damages under the Fair Labor Standards Act would go back to February of 2018 which is the second half of the 2017- 2018 school year. The 2019- 2000 school year did not have nearly

---

[1] The term "qualified" is addressed below.

as much late payments as a new payroll system debuted in January of 2020, and COVID 19 shut CCSD down on March 16, 2020. Opt-In Plaintiff Clifton Alapa retired in 2017 and therefore would not have worked within the statute of limitations period.

Accordingly, it is proposed that the $15,000 in settlement proceeds be divided amongst certain Opt-In Plaintiffs in the amount of $550 for each full year worked in Adult Education for the 2017-18 and 2018-19 school years. This breaks down as follows:

| Name | Amount |
|---|---|
| Paul E. Carapucci, Jr. | $1,100 |
| Aaron Case | $ 550 |
| Anthony Cooke | $1,100 |
| Alfredo Cruz | $ 550 |
| John Evans | $1,100 |
| Nicholas D. Fetcho | $1,100 |
| Christopher Fronczek | $ 550 |
| Daniel Hinojosa | $1,100 |
| Ching Johnson | $1,100 |
| Christopher D. Law | $1,100 |
| Jason Martin | $1,100 |
| Connor Riley | $ 550 |
| Steven Ufford | $ 550 |
| Michael Vaz | $1,100 |

Plaintiff James Lescinsky will receive $1,500 with the additional $400 to compensate him for the time he put in volunteering to be the lead Plaintiff, including having his deposition taken. This leaves $850 to be split amongst Chris Hosein. Sonia Farrell, Wolfgang Seilinger and Richard Conklin

4

in the amount of $212.50 each to compensate them for occasions when, even though they did not work Adult Education, they may have occasionally received late payments of overtime working on other CCSD events.

DATED this 8 day of February 2022.

LAW OFFICE OF DANIEL MARKS

_____
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I hereby certify that I am an employee of the Law Office of Daniel Marks and that on the 8th day of February 2022, pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document MOTION TO APPROVE SETTLEMENT, was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Mark E. Ferrario, Esq.
Kara B. Hendricks, Esq.
Alayne M. Opie, Esq.
GREENBERG TRAURIG
*Attorneys for Defendant*
E-mail:   ferrariom@gtlaw.com
          hendricksk@gtlaw.com
          opiea@gtlaw.com

_____
An employee of the
LAW OFFICE OF DANIEL MARKS

6