UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES LESCINSKY, individually and on behalf of all similarly situated employees,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, A political subdivision,<br><br>    Defendant. | Case No.:   2:20-cv-00290-RFB-NJK |

**ORDER GRANTING FINAL CLASS CERTIFICATION AND APPROVING SETTLEMENT**

The Plaintiff's Renewed Motion To Approve Settlement (ECF No. 102) having come before the Court for a hearing on July 21, 2023, and the Court having Reviewed the Motion, which includes a request for final certification, finds as follows:

1. An order was entered on May 31, 2021 (ECF No. 45) granting conditional certification of the proposed collective class based on a renewed motion for conditional certification filed by counsel for Plaintiffs (ECF No. 37).

2. The class, consisting of all current and former police officers who were employed in Clark County, Nevada by the Clark County School District ("CCSD") beginning February 11, 2017 that were required to work overtime for CCSD, is hereby approved for final certification as the

1

Court finds final certification is warranted based on the factual nexus of the class members; the defenses available with respect to each plaintiff; and the Court having considered both fairness and procedural matters associated with the claims asserted;

3. The settlement in the total amount of $25,000 entered into between Plaintiffs and Defendant pursuant to that Settlement Agreement and Mutual Release as Exhibit "1" the Renewed Motion meets the criteria for approval set forth in *Lynn's Food Stores Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) which has been cited with approval by multiple District Courts within the Ninth Circuit and is therefore approved; and

4. The attorney's fees for the Law Office of Daniel Marks in the amount of $10,000 to be paid from the total settlement amount is reasonable and approved. This approval is not based upon the 40% contingency fee, but rather the number of hours which were expended by counsel relative to the amount of the recovery.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Plaintiff's Renewed Motion to Approve Settlement (ECF No. 102) is **GRANTED.**

DATE: September 26, 2023

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE